JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY CROOM,<br>　　　　Petitioner<br>　　v.<br>K. CLARK,<br>　　　　Respondent. | Case No. CV 19-00044-CJC (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order: Dismissing Petition With Prejudice For Lack Of Cognizability; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: January 30, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE